IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH L. STOVALL,

      Plaintiff,                       No. CIV S-07-1412 GEB EFB PS

      vs.

DR. SANTI RAO, THE SPECIALIST
ORTHOPAEDIC MEDICAL CORP.,        <u>ORDER</u>

      Defendants.
_____/

      This action, in which plaintiff is proceeding pro se, was referred to the undersigned under Local Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). On July 8, 2008, the court dismissed plaintiff's original complaint with leave to file an amended complaint within thirty days. On July 23 and July 31, 2008, plaintiff filed requests for an extension of time to file his amended complaint. In the July 23 request, plaintiff requests an extension of thirty days after his "anticipated release date of September 22, 2008." In the July 31 request, plaintiff requests an extension "up to and including September 7, 2008" in which to file his amended complaint.

      Good cause appearing, plaintiff's requests for an extension of time are granted in part.

////

////

////

1

1 | Plaintiff shall file his amended complaint within sixty (60) days from the date of service of this
2 | order. In drafting his amended complaint, plaintiff is ordered to review this court's July 8, 2008,
3 | order concerning the deficiencies of the original complaint.
4 |     SO ORDERED.
5 | DATED: August 11, 2008.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE