IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH L. STOVALL,

    Plaintiff,                             No. CIV S-07-1412 GEB EFB PS

    vs.

DR. SANTI RAO, THE SPECIALIST
ORTHOPAEDIC MEDICAL CORP.,       ORDER

    Defendants.
_____/

    On August 11, 2008, this court granted plaintiff's request for an extension of time within which to file his amended complaint, to sixty days from the service date of the order, or until Friday, October 10, 2008. On October 20, 2008, plaintiff filed the instant request for further extension of time, on the ground that he has now been released from custody and is searching for counsel.

    Good cause having been shown, plaintiff's request will be granted. Plaintiff shall file his amended complaint within forty-five (45) days from the service date of this order. Plaintiff is again directed to review this court's July 8, 2008, order concerning the deficiencies of his original complaint. The "Notices" filed by plaintiff on August 11, 2008, Dckt. Nos. 12 and 13, will be disregarded – plaintiff may incorporate the essential information in his amended complaint, and attach copies of the subject reports thereto.

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Plaintiff shall file his amended complaint no later than 45 days after service date of
3  the instant order; and

4  2. The Clerk of Court shall designate "Disregard" to Docket Entries Nos. 12 and 13.

5  IT IS SO ORDERED.

6  DATED: October 23, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2