IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH L. STOVALL,

        Plaintiff,                        No. CIV S-07-1412 GEB EFB PS

    vs.

DR. SANTI RAO, THE SPECIALIST
ORTHOPAEDIC MEDICAL CORP.,      ORDER TO SHOW CAUSE

        Defendants.
_____/

       On October 23, 2008, the court granted plaintiff's second request to extend the deadline for filing an amended complaint. That deadline has passed and plaintiff has neither filed an amended complaint nor conducted any other activity in this case.

       Plaintiff is therefore ordered to show cause why he should not be sanctioned for failing to comply with this court's October 23, 2008 order. Failure timely to respond to this order and to file a proposed amended complaint will be deemed a request for voluntary dismissal of this action.

       For the foregoing reasons, IT IS HEREBY ORDERED that:

       1. Plaintiff shall show cause, in writing, within 30 days after the filing date of this order, why monetary or other sanctions should not be imposed for his failure to comply with this court's October 23, 2008 order; and

1

2. Plaintiff shall also file within the thirty (30) days period a proposed amended complaint that addresses the deficiencies of his original complaint, as set forth in this court's order filed July 8, 2008. No further extensions of time will be granted.

SO ORDERED.

DATED: December 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE