IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH L. STOVALL,

      Plaintiff,    No. CIV S-07-1412 GEB EFB PS

  vs.

DR. SANTI RAO, THE SPECIALIST
ORTHOPAEDIC MEDICAL CORP.,    FINDINGS AND RECOMMENDATIONS

      Defendants.
_____/

     On December 31, 2008, this court ordered plaintiff to show cause in writing why he should not be sanctioned for failing to comply with this court's October 23, 2008 order, Dckt. No. 15, which had granted plaintiff's request for an extension of time within which to file his amended complaint. Dckt. No. 16. The court again accorded plaintiff additional time within which to file his amended complaint and to respond to the court's order to show cause, and stated that failure timely to respond to the order and file an amended complaint would be deemed a request for dismissal of this action. *Id*.

     The extended deadline has passed, and plaintiff has not shown cause, filed an amended complaint, or otherwise responded to the court's order.

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to comply with the federal and local rules of court. *See* Fed. R. Civ. P. 41(b); E. D. Cal. L. R. 11-110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE